NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JERRY HARVEY AUDIO HOLDING, LLC,**
*Appellant*

**v.**

**1964 EARS, LLC,**
*Appellee*

---

2018-1299

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00494.

---

## JUDGMENT

---

DANIEL RAVICHER, Ravicher Law Firm, Coral Gables, FL, argued for appellant. Also represented by DAVID GARROD, David Garrod, Ph.D., Esq., Pittsburgh, PA.

DELFINA SARAH HOMEN, Brooks Quinn, LLC, Kirkland, WA, argued for appellee. Also represented by HILLARY ANNE BROOKS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 20, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court